UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

FEINBERG REALTY ASSOCIATES, L.P., as assignee of
Leonard A. Feinberg Inc.,

                                        Plaintiff,

                    -v-

NATIONAL STORES, INC., CPD 18 CORP., and
SOUTHERN ISLAND STORES, LLC,

                                        Defendants.

------------------------------------------------------------------ X

```
+------------------------------------+
| USDC SDNY                          |
| DOCUMENT                           |
| ELECTRONICALLY FILED               |
| DOC #:_____              |
| DATE FILED:    2-7-17              |
+------------------------------------+
```

16 Civ. 9866 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court hereby reschedules the initial pretrial conference

in this case by a half hour later, to 9:30 a.m. on Thursday, February 9, 2017, in courtroom 1305

of the Thurgood Marshall United States Courthouse.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 7, 2017
       New York, New York